THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, | CASE NO. C21-0526-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TEN BRIDGES LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendants to respond to the complaint (Dkt. No. 11). Having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Defendants' deadline to respond to the complaint to May 14, 2021.

DATED this 26th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk