THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, | CASE NO. C21-0526-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TEN BRIDGES LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Per the parties' stipulation (Dkt. No. 21), and for purposes of judicial economy, it is hereby ORDERED that the case schedule, including the Rule 26(f) conference deadline, is suspended pending the Court's resolution of Defendants' Motion to Dismiss. If the Court denies that motion, in whole or in part, the Court will issue a new scheduling order setting deadlines for the Rule 26(f) conference, initial disclosures, and joint status report.

DATED this 25th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0526-JCC
PAGE - 1