THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, | CASE NO. C21-0526-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TEN BRIDGES LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On December 23, 2021, Defendants moved for dismissal of claims in Plaintiffs' first amended complaint ("FAC") against the Individual Defendants. (Dkt. No. 28.) A week later, Plaintiffs moved for leave to amend the FAC to add additional claims and allegations against the Individual Defendants. (Dkt. Nos. 30, 30-1.),

It is hereby ORDERED as follows:

1. Briefing on Defendants' motion to dismiss (Dkt. No 28) is hereby STAYED pending resolution of Plaintiffs' motion for leave to amend the FAC.

2. Plaintiffs' motion for leave to amend (Dkt. No. 30) is RE-NOTED to January 21, 2022.

3. By January 10, 2022, the parties will submit a joint status report no more

than six pages addressing (a) whether Plaintiffs sought Defendants' agreement to the proposed amendment before filing a contested motion, and, if not, the result of Plaintiffs' attempt to do so following issuance of this Minute Order; and (b) the extent to which the proposed amendment, if granted, would moot Defendants' pending motion to dismiss.

DATED this 3rd day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk