THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, <br><br>         Plaintiffs, <br><br>    v. <br><br> TEN BRIDGES LLC, *et al.*, <br><br>         Defendants. | CASE NO. C21-0526-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that: (1) the parties' joint stipulated motion to suspend the initial case scheduling dates (Dkt. No. 33) is GRANTED; and (2) the initial case management dates (Dkt. No. 26) are VACATED pending resolution of Defendant's motion to dismiss (Dkt. No. 28), at which point the Court will set new case management deadlines.

Briefing is still stayed on Defendants' motion to dismiss; and Plaintiffs' motion to amend their complaint is still noted for January 21, 2022. (*See* Dkt. No. 31.)

DATED this 13th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk