THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> TEN BRIDGES LLC and DEMIAN HEALD, <br><br> Defendants | CASE NO. C21-0526-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Defendants' motion to dismiss (Dkt. No. 40) is RE-NOTED to March 7, 2022. Plaintiffs' opposition brief is due Thursday, March 3, 2022, and any reply from Defendants is due Monday, March 7, 2022.

The Court assumes the reference to Mr. Heald's marital community in ¶ 4.8 of the Second Amended Complaint is a scrivener's error and therefore ORDERS Plaintiffs to submit a Corrected Second Amended Complaint by February 28, 2022, or show cause why the allegation about the marital community should not be stricken.

//

//

//

DATED this 25th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk