THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, | CASE NO. C21-0526-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TEN BRIDGES LLC, and DEMIAN HEALD, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that the deadline for Plaintiff to file a motion for class certification is November 18, 2022.

DATED this 3rd day of May 2022.

        Ravi Subramanian
        Clerk of Court

        s/Sandra Rawski
        Deputy Clerk