THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TEN BRIDGES LLC, *et al.*,<br><br>　　　　Defendants. | CASE NO. C21-0526 JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Plaintiffs' motion for leave to file a third amended complaint (Dkt. No. 53). Under the Federal Rules of Civil Procedure, courts "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Given the lack of opposition, (*see* Dkt. No. 54), the Court hereby GRANTS the motion. (Dkt. No. 53).

　　　DATED this 16 day of August 2022.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Sandra Rawski
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C21-0526 JCC
PAGE - 1