THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEN BRIDGES LLC, *et al.*, <br><br> Defendants. | CASE NO. C21-0526-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for reconsideration. (Dkt. No. 145.) Pursuant to LCR 7(h)(3), the Court INSTRUCTS Plaintiffs to file a response to the motion no later than December 27, 2023. It should not exceed six (6) pages and be limited to the issues identified in Defendants' motion. (*See id.* at 1–4.) Defendants may file a reply of no more than three (3) pages by January 8, 2024.

DATED this 13th day of December 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk

MINUTE ORDER
C21-0526-JCC
PAGE - 1