# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARY TAIE, MOYRA COOP, and WILLIAM GROVES,<br><br>  Plaintiffs,<br><br>  v.<br><br>Ten Bridges LLC, et al.,<br><br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C21-0526-JCC |

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiffs' motion for class certification is denied. Plaintiffs are awarded judgment against Defendant Ten Bridges in the amount of $135,224.51. The case is CLOSED.

Dated this 12th day of February 2024.

Ravi Subramanian
Clerk


*s/Kathleen Albert*
Deputy Clerk
