# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY TAIE, MOYRA COOP, and WILLIAM GROVES,<br><br>Plaintiffs,<br><br>v.<br><br>Ten Bridges LLC, *et al.,*<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C21-0526-JCC |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

1. Defendants' motion to amend judgment (Dkt. No. 159) is GRANTED in part and DENIED in part. The Clerk is DIRECTED to issue an amended judgment in the amount of $120,224.51.
2. Plaintiffs' motion to amend judgment (Dkt. No. 155) is GRANTED in part and DENIED in part. The Clerk is DIRECTED to issue an amended judgment to include $81,265.19 in prejudgment interest.
3. Plaintiffs' motion for costs (Dkt. No. 161) is GRANTED. The Clerk is DIRECTED to issue an amended judgment reflecting $7,279.26 in costs.

Dated this 18th day of April 2024.

Ravi Subramanian
Clerk


*s/Kathleen Albert*
Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case